UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-00131 |
| | ) | JUDGE SHARP |
| ERIC STEPHEN PETERSON | ) | |

**O R D E R**

A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, October 15, 2014, at 10:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE